# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:10-cv-02187-JHN-FFMx | Date | December 14, 2010 |
|---|---|---|---|
| Title | Willa Cooper v. Prudential Insurance Co. of America, et al. | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE (In Chambers)

On September 17, 2010, the Court issued an Order (docket no. 20) continuing the present deadlines in this case as follows:

| | |
|---|---|
| Motion re: Standard of Review | November 29, 2010 |
| Opening Memoranda of Law and Fact | December 29, 2010 |
| Responding Memoranda of Law and Fact | January 25, 2011 |

The Court additionally ordered that the parties file a joint notice regarding whether the case had settled following mediation in October, after which the Court would rule on pending discovery issues if necessary.

**To date, the Court has received neither the required joint notice nor any briefing pursuant to the above deadlines. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, <u>not later than December 20, 2010, at noon</u> as to why the Court should not dismiss this case for lack of prosecution.**

IT IS SO ORDERED.

| | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |